GEORGE BURKE, an Infant, by IRVING W. TELLER, His Guardian ad Litem, Appellant, *v.* EARL BARKER, Respondent.

(Argued June 12, 1931; decided July 15, 1931.)

*David James* for appellant.

*Francis D. McCurn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.